**Order entered July 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00410-CV

**CITY OF GRAND PRAIRIE, TEXAS, Appellant**

**V.**

**TOMMY WINN, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-08305-J**

## ORDER

We **GRANT** appellant's July 7, 2014 unopposed second motion for an extension of time

to file a brief.  Appellant shall file its brief **on or before AUGUST 8, 2014**.


/s/  ADA BROWN
    JUSTICE